O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT SAMUELS, | ) | CASE NO. ED CV 10-01164 DMG (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| JAMES WALKER, WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of ROBERT SAMUELS, for a writ of habeas corpus.  Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED:   March 27, 2012

_Dolly M. Gee_

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE